# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | OLD PUEBLO GRILL, LLC |
| **Case Number:** | 4:14-BK-01283-BMW  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 28, 2015 02:00 PM   COURTROOM 446 |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | ANN MARIE VENTURA |
| **Audio File Name:** | THL01177853.MP3 |
| **Audio File Size:** | 7,367 KB |
| **Audio File Length:** | 00:15:43 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matter:*

EXPEDITED HEARING ON MOTION TO SET ASIDE ORDER CONVERTING CASE TO CHAPTER 7 FILED BY UNITED STATES TRUSTEE FILED BY SCOTT D. GIBSON OF LAW OFFICE OF SCOTT D. GIBSON, PLLC ON BEHALF OF OLD PUEBLO GRILL, LLC .
**R / M #:**   90 / 0