Mark Brnovich
Attorney General
Firm State Bar No. 14000

Matthew A. Silverman
Assistant Attorney General
State Bar No. 018919
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8774
Facsimile: (602) 542-4273
Email: matthew.silverman@azag.gov
Attorney for the State of Arizona
 *ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Converted to Chapter 7 |
| | Case No. 4:14-bk-01283-BMW |
| OLD PUEBLO GRILL, LLC<br>EIN: 86-0973705 | **LIMITED RESPONSE TO MOTION FOR PAYMENT OF ADMINISTRATIVE RENT CLAIM, FOR RENT INCURRED POST-PETITION, FOR LANDLORD 60 NORTH ALVERNON, LLC** |
| Debtor. | **[U.S.C. §503(b)(1)(A)]** |

State of Arizona *ex rel.* Arizona Department of Revenue ("Department") hereby files its Limited Response to "Motion for Payment of Administrative Rent Claim, for Rent Incurred Post-Petition, for Landlord 60 North Alvernon, LLC [U.S.C. §503(b)(1)(A)]" ("the Motion"). This Response is based on the following:

I. **Relevant Factual History.**

1. Debtor filed for relief under Chapter 11 on January 31, 2014. The case was converted to a case under Chapter 7 on May 20, 2015.

2. The Department filed an estimated administrative expenses claim in the amount of $109,581.10, based on Debtor's failure to file and pay TPT for the periods ending April 30, 2015 and May 31, 2015 and to pay TPT for the periods ending April 30, 2014 through December 31, 2014 and February 28, 2015. A true and accurate copy of the Department's Fifth Amended Administrative Expenses Proof of Claim, dated June 1, 2015, is No. 4-6 on the Claims Register.

3. On October 15, 2015, the Chapter 11 Trustee for McMahon Properties, LLC and 60 North Alvernon, LLC filed a Motion for Payment of Administrative Rent Claim, for Rent Incurred Post-Petition, for Landlord 60 North Alvernon, LLC [U.S.C. §503(b)(1)(A)].

4. The Motion seeks payment of rent in the sum of $30,903.98 from the May 20, 2015, the conversion date to July 10, 2015, the date of abandonment to be paid as a Chapter 7 administrative expense.

5. The Motion seeks payment of rent in the sum of $44,711.949 from January 31, 2014, the date that this case was filed, to May 20, 2015, the conversion date to be paid as a Chapter 11 administrative expense.

6. To date, Debtor has failed to pay the outstanding TPT due to the Department, as described above.

## II. The Post-Petition Returns and Taxes Should Be Filed and Paid When the Attorneys' Fees and Costs are Paid.

A debtor is required by state law to file tax returns and pay taxes as they come due. A debtor is required to "manage and operate property in his possession" "according to the laws of the state in which property is located." 28 U.S.C. §§ 959(b) and 960. Debtor is required by Arizona law to file the tax returns in question and pay the taxes timely. Therefore, pursuant to 28 U.S.C. §§ 959 and 960, Debtor is required to do the same under federal law.

The outstanding post-petition taxes have the same priority as pre-conversion rents. 11 U.S.C. § 507(a)(2). Accordingly, the taxes should be paid at the same time as the pre-conversion rents.

## III. Conclusion.

Based on the foregoing, the Department has no objection to the allowance and payment of pre-conversion rents and post-conversion rents. The Department does not object to payment of rents due post-conversion. However, the Department also has administrative expenses, which share the same priority, and therefore requests that this Court condition payment of the pre-conversion rents on the payment of the outstanding taxes, which share the same priority.

RESPECTFULLY SUBMITTED this 12th day of November, 2015.

    MARK BRNOVICH
    Attorney General

    /s/ MS No. 018919
    Matthew A. Silverman
    Assistant Attorney General
    Attorney for the State of Arizona
     *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically
this 12th day of November, 2015 with:

United States Bankruptcy Court
Tucson Division
38 South Scott Avenue
Tucson, AZ 85701

COPY of the foregoing sent for mailing
this 12th day of November, 2015 to:

Adam B. Nach
Lane & Nach, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
Attorney for Gayle Eskay Mills, Chapter 7 Trustee

Scott D. Gibson, Esq.
Law Office of Scott D. Gibson, PLLC
2329 North Tucson Boulevard
Tucson, AZ 85716
Attorney for Debtor

Steven M. Cox, Esq.
Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C.
Williams Circle, Eighth Floor
5210 East Williams Circle
Tucson, AZ 85711
Attorney for Christopher Linscott, Chapter 11 Trustee in McMahon Properties, LLC, and 60 North Alvernon, LLC

/s/ Brittany Standridge
#4740540/BCE14-04262